JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HYEONJOO MUNDKOWSKY, et al., | ) | No. CV 14-599-CAS(CW) |
| | ) | |
| Plaintiffs, | ) | JUDGMENT |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| COUNTY OF LOS ANGELES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed in its entirety, with prejudice.

DATED:   7/6/15

Christina A. Snyder
United States District Judge

1